FILED
U.S. DISTRICT COURT

2005 DEC -2  P 3: 08

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER RICHARDS,<br><br>   Plaintiff,<br>v.<br>CONVERGYS CORPORATION,<br>   Defendant.<br>_____<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br>v.<br>CONVERGYS CORPORATION,<br>   Defendant. | Case No. 2:05CV00790 DAK<br>Case No. 2:05CV00812 DAK<br><br>**O R D E R** |

The Court having considered the Plaintiff's Motion to Consolidate and good cause appearing therefore,

IT IS ORDERED that

1. The Motion is GRANTED.

2. This matter, *Equal Employment Opportunity Commission v. Convergys Corporation*, consolidated into *Richards v. Convergys Corporation*, Civil Action No. 2:05-CV-00790-DAK, the case with the lower number, and both matters are consolidated for all purposes.

Dated: December 2, 2005

DALE A. KIMBALL
UNITED STATES DISTRICT JUDGE