Mary Jo O'Neill   AZ #005924
Sally C. Shanley AZ #012251
Sandra J. Padegimas AZ #011652
**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,  Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-5061
sandra.padegimas@eeoc.gov

Attorneys for Plaintiff Equal Employment Opportunity Commission

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JENNIFER RICHARDS, | Civil Action No.  2:05-CV-00790-DAK |
| Plaintiff, | (consolidated with 2:05-CV-00812 DAK) |
| vs. | The Honorable Dale A. Kimball |
| CONVERGYS CORPORATION, | |
| Defendant. | **PLAINTIFF EEOC'S MOTION TO COMPEL AND FOR PROTECTIVE ORDER** |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | |
| vs. | |
| CONVERGYS CORPORATION, | |
| Defendant. | |

Plaintiff Equal Employment Opportunity Commission (EEOC) hereby submits its Motion to Compel and for Protective Order.  Attached hereto is a Memorandum of Points and Authorities in support of the Motion.

DATED this 19th day of July, 2006.

    MARY JO O'NEILL
    Regional Attorney

    SALLY C. SHANLEY
    Supervisory Trial Attorney


    <u>s/Sandra J. Padegimas</u>
    SANDRA J. PADEGIMAS
    Trial Attorney

    EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION
    Phoenix District Office
    3300 N. Central Ave., Suite 690
    Phoenix, Arizona  85012
    (602) 640-5061
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I certify that on this 19th day of July, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael P. O'Brien, Esq.
Ali Levin, Esq.
Jones, Waldo, Holbrook & McDonough
170 S. Main Street, Suite 1500
Salt Lake City, Utah 84145-0444
Attorneys for Defendant

Ralph Chamness, Esq.
Strindberg, Scholnick & Chamness, LLC
426 North 300 West
Salt Lake City, Utah 84103
Attorneys for Jennifer Richards

Carlie Christensen, Esq.
Chief, Civil Division
UNITED STATES ATTORNEY
185 South State, #400
Salt Lake City, Utah 84111
Associated Local Counsel for Plaintiff

-and-

  I hereby certify that on the 19th day of July, 2006, a true and correct copy of the foregoing was mailed, first class, postage prepaid, to:

David A. Skidmore, Jr.
Catherine Ann Reed
Frost, Brown , Todd, LLC
2200 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202-4182
Attorneys for Defendant (admission pro hac vice pending)


s/Rosanne Wood